```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____       │
│ DATE FILED:___06/28/2022__  │
└─────────────────────────────┘
```

CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

June 27, 2022

Via ECF
Hon.  Katharine H. Parker
United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

06/28/2022

Re:     Torres v.  Kijakazi
        1:21-cv-1957 (KHP)

Dear Judge Parker:

I am the attorney for the plaintiff in the above captioned case, I am writing to request a revision to the briefing schedule in this case.  Pursuant to the January 10, 2022 Scheduling Order (Docket #12), the Court directed the Commissioner to prepare her version of the Joint Stipulation within 90 days from the filing of the administrative record (filed on March 14, 2022).

I filed my Notice of Appearance before the Court on May 3, 2022.  In discussion with AUSA Joseph Pantoja, we agree that in a case where the claimant is represented, the burden to move first normally should have reverted to the plaintiff, and I should have prepared plaintiff's draft of the Joint Stipulation by June 13, 2022.

Regrettably, my office did not calendar this case correctly, and I have not yet submitted Plaintiff's Joint Stipulation to the Commisioner.  With the consent of opposing counsel, we respectfully request that the Court approve and adopt the following revised briefings schedule:

    July 13, 2022          Plaintiff's Joint Stipulation to Defendant
    August 26, 2022        Defendant's Joint Stipulation to Plaintiff
    September 9, 2022       Plaintiff Reply/Final Draft of Joint Stip. To Defendant
    September 16, 2022     Joint Stipulation filed with Court

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc:     AUSA Joseph Pantoja