CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

July 14, 2022

**APPLICATION GRANTED**

*Hon. Katharine H. Parker, U.S.M.J.*

7/15/2022

Via ECF
Hon. Katharine H. Parker
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:    Torres v. Kijakazi
                 1:21-cv-1957 (KHP)

Dear Judge Parker:

    I am the attorney for the plaintiff in the above captioned case, I am writing to request a short extension of time to file plaintiff's version of the Joint Stipulation. Plaintiff's papers were due to be filed yesterday. This is plaintiff's second request for an extension of time.

    Due to additional issues requiring further investigation, I did not complete plaintiff's portion of the Joint Stipulation yesterday. I expect to have the additional information I need from Ms. Torres later today. With the consent of opposing counsel, we respectfully request that the Court approve and adopt the following revised briefings schedule:

| | |
|---|---|
| July 15, 2022 | Plaintiff's Joint Stipulation to Defendant |
| August 29, 2022 | Defendant's Joint Stipulation to Plaintiff |
| September 12, 2022 | Plaintiff Reply/Final Draft of Joint Stip. To Defendant |
| September 19, 2022 | Joint Stipulation filed with Court |

    Thank you for Your Honor's consideration of this request.

                                      Respectfully submitted,

                                      *Christopher J. Bowes, Esq.*
                                      Christopher J. Bowes, Esq.

Cc:    AUSA Joseph Pantoja