CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/2022

September 20, 2022

Via ECF
Hon. Katharine H. Parker
United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

09/20/2022

Re:   Torres v. Kijakazi
      1:21-cv-1957 (KHP)

Dear Judge Parker:

As the attorney for the plaintiff in the above-captioned case, I am writing to request an extension of time to file plaintiff's Reply and to submit the parties' Joint Stipulation. The Joint Stipulation was due to be file yesterday.

I apologize for the delay in this case and for the late request for additional time. I have been ill with a head and chest cold over the past three weeks and have not been able to keep pace with my workload. With the consent of counsel for the defendant, AUSA Joseph Pantoja, I respectfully request that the Court permit plaintiff to complete his Reply papers by September 27, 2022 and that the parties will file the Joint Stipulation by that date.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc:   AUSA Joseph Pantoja