**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DARLENE TORRES,

                Plaintiff,                          21 **CIVIL** 1957 (KHP)

    -against-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated December 30,2022, Plaintiffs motion for judgment on the pleadings is DENIED and Defendant's cross-motion is GRANTED.

**Dated:**  New York, New York
            January 6, 2023

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                       **Clerk of Court**

                                 **BY:**

                                                       _____
                                                       **Deputy Clerk**